A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Dec 02, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

DEC 0 2 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 16, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2100

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-6)

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2009). Since that time, 54 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 02, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court
BY: Deborah [signature]
Deputy Clerk
Date 12/2/09

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                MDL No. 2100

## SCHEDULE CTO-6 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  09-7997         B.G., etc. v. Bayer Corp., et al.         09-20101-DRH
  ~~CAC  5  09-2052~~     ~~Marquisa Jankins v. Bayer Corp., et al.~~  Opposed 11/19/09

CALIFORNIA NORTHERN
  CAN  3  09-5270         Tova Lubka v. Bayer Corp., et al.         09-20102-DRH

FLORIDA NORTHERN
  FLN  3  09-470          Laura Moss, et al. v. Bayer Corp., et al. 09-20103-DRH

ILLINOIS NORTHERN
  ILN  1  09-6841         Patricia Kilcran v. Bayer Corp., et al.   09-20104-DRH
  ILN  1  09-6848         Kaylee O'Laughlin v. Bayer Corp., et al.  09-20105-DRH

LOUISIANA EASTERN
  LAE  2  09-7203         Paige Bailey v. Bayer Corp., et al.       09-20106-DRH
  LAE  2  09-7206         Dionne Benoit, etc. v. Bayer Corp., et al. 09-20107-DRH
  LAE  2  09-7207         Cindy Plaisance v. Bayer Corp., et al.    09-20108-DRH
  LAE  2  09-7208         Laura Stafford v. Bayer Corp., et al.     09-20109-DRH

LOUISIANA MIDDLE
  LAM  3  09-944          Shaterica Wilson v. Bayer Corp., et al.   09-20110-DRH

LOUISIANA WESTERN
  LAW  2  09-1875         Christian Johnson v. Bayer Corp., et al.  09-20111-DRH
  LAW  3  09-1873         Marilyn Davis v. Bayer Corp., et al.      09-20112-DRH
  LAW  3  09-1891         Stacie Ford v. Bayer Corp., et al.        09-20113-DRH
  LAW  3  09-1893         Emily Kennedy v. Bayer Corp., et al.      09-20114-DRH
  LAW  5  09-1876         Kelly Johnson v. Bayer Corp., et al.      09-20115-DRH
  LAW  6  09-1874         Tiffany Doucet v. Bayer Corp., et al.     09-20116-DRH
  LAW  6  09-1892         Catherine Pillette, etc. v. Bayer Corp., et al. 09-20117-DRH
  LAW  6  09-1894         Constance Milton v. Bayer Corp., et al.   09-20118-DRH
  LAW  6  09-1895         Mary Romero v. Bayer Corp., et al.        09-20119-DRH

NEW YORK SOUTHERN
  NYS  1  09-9017         Melissa S. Ferguson, et al. v. Bayer Corp., et al. 09-20120-DRH

**MDL No. 2100 - Schedule CTO-6 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A.# | CASE CAPTION | |
|---|---|---|---|---|
| NYS | 1 | 09-9147 | Rhonda Bagley, et al. v. Bayer Corp., et al. | 09-20121-DRH |
| NYS | 1 | 09-9149 | Misty Goulding v. Bayer Corp., et al. | 09-20122-DRH |
| NYS | 1 | 09-9164 | Lauren Hall v. Bayer Corp., et al. | 09-20123-DRH |
| NYS | 1 | 09-9183 | Becky Donahoe v. Bayer Corp., et al. | 09-20124-DRH |
| NYS | 7 | 09-8843 | Tasha Marcell v. Bayer Corp., et al. | 09-20125-DRH |
| NYS | 7 | 09-8931 | Judith M. Woodall v. Bayer Corp., et al. | 09-20126-DRH |

OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| OHN | 3 | 09-2199 | Linda Dressman v. Bayer Corp., et al. | 09-20127-DRH |
| OHN | 5 | 09-2570 | Kara Neer v. Bayer Corp., et al. | 09-20128-DRH |

OHIO SOUTHERN

| | | | | |
|---|---|---|---|---|
| OHS | 1 | 09-806 | Kimberly Swigart v. Bayer Corp., et al. | 09-20129-DRH |
| OHS | 1 | 09-807 | Heather Lieungh v. Bayer Corp., et al. | 09-20130-DRH |
| OHS | 3 | 09-416 | Tammy Hobbs v. Bayer Corp., et al. | 09-20131-DRH |
| OHS | 3 | 09-417 | Lisa Manning, etc. v. Bayer Corp., et al. | 09-20132-DRH |
| OHS | 3 | 09-418 | Amy Pease v. Bayer Corp., et al. | 09-20133-DRH |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~09-5070~~ | ~~Diane Miller, et al. v. Bayer Corp., et al.~~ | Vacated 11/19/09 |

TEXAS WESTERN

| | | | | |
|---|---|---|---|---|
| TXW | 6 | 09-260 | Sherry Harris v. Bayer Corp., et al. | 09-20134-DRH |